HARRY BROWN, Respondent, v. ISIDORE AGIN, Appellant.— Judgment affirmed, with costs. No opinion. Rich, Kapper, Hagarty and Scudder, JJ., concur; Lazansky, P. J., dissents and votes for reversal and a new trial in order that plaintiff account for the goods received from defendant as a condition for a recovery of the moneys paid.

EDMUND S. BUTLER, an Infant, by EDMUND W. BUTLER, His Guardian ad Litem, Respondent, v. ARCHIBALD D. SMITH, Appellant.— Order, as resettled, granting defendant's motion to dismiss complaint for lack of prosecution unless plaintiff restore the action during the October, 1929, term, affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

JACOB COOPERSTEIN, Respondent, v. JOSEPH SHARKEY and Others, Defendants, and HARRY BUTLER and ERNST KOCH, Appellants. (Action No. 4.) — Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event, upon the ground that there is a lack of proof of any default on the part of the mortgagor with respect to interest or principal. Findings of fact inconsistent herewith are reversed. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur. Settle order on notice.

CHARLES DE SANTIS, an Infant, by HELEN DE SANTIS, His Guardian ad Litem, Appellant, Respondent, v. PETER LUGER, Respondent, Appellant.— Judgment and order denying motion to set aside verdict and for a new trial affirmed, with costs to appellant, respondent. No opinion. Lazansky, P. J., Kapper and Hagarty, JJ., concur; Young and Carswell, JJ., dissent, being of opinion that if a question of negligence is involved it was for the jury to say, in the circumstances, whether defendant was guilty of active negligence, whether he failed in his duty to refrain from intentionally or wantonly injuring plaintiff; and if the act be regarded as an assault and battery, a question of fact was involved as to whether more force was used by defendant than was reasonably necessary. Order denying defendant's motion to strike out costs allowed plaintiff in the judgment affirmed, without costs. (Hayward v. Clifton, 221 App. Div. 802.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.